## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DEZI ROMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-19-157-C |
| | ) | |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

and

| | |
|---|---|
| DOLGENCORP, LLC, | ) |
| | ) |
| Third Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| AMERICAN GREETINGS CORPORATION, | ) |
| | ) |
| Third-Party Defendant. | ) |

**AMERICAN GREETINGS CORPORATION ANSWER TO THIRD PARTY PETITION**

COMES NOW the Third Party Defendant, American Greetings Corporation (hereinafter "AGC") and for its Answer to the Third Party Plaintiff's Petition alleges and states as follows:

1. AGC denies each and every allegation contained in the Third Party Petition unless expressly admitted herein.

2. AGC admits the allegations contained in paragraph one (1) of the Third Party Petition.

3. AGC admits allegations contained in paragraph two (2) the Third Party Petition.

4. AGC admits the allegations contained in paragraph three (3) of the Third Party

Petition.

5. AGC admits the allegations contained in paragraph four (4) of the Third Party Petition.

6. AGC admits the allegations contained in paragraph five (5) of the Third Party Petition.

7. AGC denies the allegations contained in paragraph six (6) of the Third Party Petition.

8. AGC admits the allegations contained in paragraph seven (7) of the Third Party Petition.

9. AGC admits the allegations contained in paragraph eight (8) of the Third Party Petition.

10. AGC denies the allegations contained in paragraph nine (9) of the Third Party Petition.

11. AGC denies the allegations contained in paragraph ten (10) of the Third Party Petition.

## **AFFIRMATIVE DEFENSES**

COMES NOW the Third Party Defendant, American Greetings Corporation, for its Affirmative Defenses alleges and states as follows:

12. Plaintiff's Petition fails to state a claim upon which relief can be granted as to AGC.

13. The third party petition fails to state a claim upon which relief may be granted against AGC.

14. AGC denies any negligence.

15. The incident and Plaintiff's damages, if any, were caused by the negligence of the Plaintiff, which is greater than any negligence of the AGC thereby barring recovery.

16. The incident herein and any alleged injuries sustained by the Plaintiff were caused by the negligence and/or actions of third parties over whom AGC had no control and for whom AGC is not responsible.

17. Plaintiff failed to mitigate his damages.

18. Plaintiff's injuries and damages may have been pre-existing, or may be related to a subsequent event, for which AGC is not responsible.

19. Plaintiff's damages are limited or capped by application of 23 O.S. § 61.2.

20. Plaintiff's damages are limited by application of 12 O.S. §3009.1 (paid value of medical bills not incurred value).

21. Discovery is ongoing and AGC reserves the right to amend the Answer.

WHEREFORE, the Third Party Defendant, American Greetings Corporation, having fully answered herein and prays that Plaintiff take nothing by way of his Petition filed herein and that this American Greetings Corporation be dismissed, with costs and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

S/Timothy E. Lurtz
Timothy E. Lurtz, OBA #14123
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th, Second Floor
Oklahoma City, OK 73105
(405) 524-2070 - telephone
(405) 524-2078 - facsimile
tel@czwlaw.com
**Attorney for Third Party Defendant**
**American Greetings Corporation**

## CERTIFICATE OF MAILING

I hereby certify that on 8th day of March, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

John P. Zelbst, OBA#9991
P.O. Box 365
Lawton, OK 73502-0365
*Tel.: (580) 248-4844f*
*Fax (580) 248-6916*
**Attorney for Plaintiff**

Gary W. Farabough, OBA#2816
PASLEY, FARABOUGH and MOULEDOUX
P.O. Box 1687
Ardmore, Oklahoma 73402-1687
(580) 223-6766
(580) 223-1776 facsimile
gfarabough@sbcglobal.net
**Attorneys for Defendant**
**Dolgencorp, LLC**

        S/Timothy E. Lurtz
        Timothy E. Lurtz